**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Charles Holmes,             ) | No. CV 07-0860-PHX-JAT |
|                                  ) | |
| Petitioner,       ) | **ORDER** |
|                                  ) | |
| vs.                              ) | |
|                                  ) | |
| Baca, et al.,                    ) | |
|                                  ) | |
| Respondents.      ) | |
|                                  ) | |

Pending before the Court is Petitioner's Petition for Writ of Habeas Corpus, as amended (Doc. #7) ("Petition"). The Magistrate Judge issued a Report and Recommendation ("R&R") (Doc. #14) recommending that the Petition be denied.

Neither party has filed objections to the R&R. Accordingly, the Court hereby accepts the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not required to conduct "any review at all . . . *of any issue* that is not the subject of an objection" (emphasis added)); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) ("statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).

Accordingly,

1    **IT IS THEREFORE ORDERED** that the Magistrate Judge's Report and
2 Recommendation (Doc. #14) is **ACCEPTED**;

3    **IT IS FURTHER ORDERED** that Petitioner's Petition for Writ of Habeas Corpus,
4 as amended (Doc. #7) is **DENIED**; and

5    **IT IS FURTHER ORDERED** that this action is **DISMISSED WITH**
6 **PREJUDICE**.

7    DATED this 24th day of July, 2008.

_____
James A. Teilborg
United States District Judge